[No. 22870-3-III.  Division Three.  May 3, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LISA RENAE WOLF, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01874-3, Linda G. Tompkins, J., entered March 3, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 23015-5-III.  Division Three.  May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CHARLES HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00026-5, John M. Antosz, J., entered May 18, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22795-2-III.  Division Three.  May 5, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. CARL EDWARD GARDNER, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-01229-4, Michael W. Leavitt, J., entered January 28, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22819-3-III.  Division Three.  May 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID FORSYTHE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00054-3, Vic L. VanderSchoor, J., entered March 5, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.